■ In the Matter of the Adoption of Terrlicia D. and Others, Infants. Terry D., Sr., Appellant; Alicia G. et al., Respondents. [612 NYS2d 1015] —Order unanimously affirmed without costs for reasons stated in decision at Onondaga County Family Court, Buck, J. (Appeal from Order of Onondaga County Family Court, Buck, J.—Adoption.) Present—Denman, P. J., Balio, Lawton, Doerr and Davis, JJ.